# Supreme Court of Kentucky

2023-SC-0070-DG

CLEVELAND ASKEW, JR.                                                    APPELLANT


                            ON REVIEW FROM COURT OF APPEALS
V.                                  NO. 2022-CA-0126
                    JEFFERSON CIRCUIT COURT NO. 16-CI-000661


TROOPER EDWARD WHITWORTH                                                APPELLEE

## ORDER

This matter having come before the Court for oral argument on March 7, 2024, and the vote of six members of this Court participating in the determination of this appeal being equally divided, pursuant to Supreme Court Rule (SCR) 1.020, the opinion of the Court of Appeals hereby stands affirmed. Pursuant to RAP 40(D)(2), the Court further orders that the opinion of the Court of Appeals shall not be published.

VanMeter, C.J.; Nickell, and Thompson, JJ., would affirm the opinion of the Court of Appeals. Conley, Keller, and Lambert, JJ., would reverse the opinion of the Court of Appeals. Bisig, J., not sitting.

ENTERED: June 13, 2024

_____
CHIEF JUSTICE